IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ALBERTO RODRIGUEZ | § | |
| VS. | § | CIVIL ACTION NO. 1:19cv393 |
| F.B.O.P INSTITUTION COMPLEX-LOW | § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

Alberto Rodriguez, proceeding *pro se*, filed this civil rights lawsuit. The Court referred the case to the Honorable Christine L. Stetson, United States Magistrate Judge. The magistrate judge submitted a Report and Recommendation of United States Magistrate Judge recommending this case be dismissed without prejudice under Federal Rule of Civil Procedure 41(b). An order sent to plaintiff was returned to the Court with a notation indicating plaintiff was no longer at the address he provided to the Court. Plaintiff failed to subsequently provide the Court with a new address. Eastern District of Texas Local Rule CV-11(d) requires *pro se* litigants to provide the Court with a physical address and advise the clerk in writing of any change of address.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings in this matter. A copy of the Report and Recommendation was mailed to plaintiff at the address he provided to the Court.

**ORDER**

Accordingly, the findings of fact and conclusions of law contained in the Report of the magistrate judge are correct and the Report [Dkt. 11] is ADOPTED as the opinion of the Court. A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

**SIGNED this 10th day of February, 2022.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge